Erik Brent Walker
Hissey, Kientz & Herron
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060
Telephone: 713-224-7670
Facsimile: 713-224-7671
Email: erik@hkhlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-1922 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Dennis Beachnaw, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Dennis Beachnaw, Individually and as Personal Representative of the Estate of Dona Twining, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

//

//

//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | fees and costs.

DATED: 11/23, 2010  By: [signature]

**HISSEY, KIENTZ & HERRON**
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060
Telephone: 713-224-7670
Facsimile: 713-224-7671

*Attorneys for Plaintiffs*

DATED: 11/23, 2010  By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 29, 2010

[signature]
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**